IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN V. GROSS, JR.,

    Plaintiff,

v.

BETH EDGE, BECKY KRAMER,
SONYA ANDERSON, JOLINDA WATERMAN,
LAURA WOOD, JOHN/JANE DOE M.P.A.A.,
GARY BOUGHTON, DR. AMGAD HANNA,
JOHN/JANE DOE W.S.P.F. NURSE(S),
N.P. TANYA BONSON, and JOHN/JANE DOE
W.S.P.F. SPECIAL NEEDS COMMITTEE[1],

    Defendants.

ORDER

Case No. 16-cv-588-wmc

In an order entered on June 21, 2017, plaintiff John V. Gross, Jr. was granted leave to proceed against defendants Beth Edge, Becky Kramer, Sonya Anderson, Jolinda Waterman, Laura Wood, John/Jane Doe M.P.A.A., Gary Boughton, Dr. Amgad Hanna, John/Jane Doe W.S.P.F. Nurses, N.P. Tanya Bonson, and John/Jane Doe W.S.P.F. Special Needs committee. Pursuant to an informal service agreement between the Wisconsin Department of Justice and this court, the DOJ filed an Acceptance of Service of plaintiff's complaint on behalf of all defendants, except Tanya Bonson and John/Jane Doe M.P.A.A., John/Jane Doe W.S.P.F. Nurse(s) and John Does Special Needs Committee.

I direct the clerk's office to forward the summons, complaint, and a copy of the court's June 21 leave to proceed order to plaintiff to arrange for service on defendant Tonya

---

[1] I have amended the caption to replace B. Edge with the name Beth Edge; B. Kramer with the name Becky Kramer; S. Anderson with the name Sonya Anderson; J. Waterman with the name Jolinda Waterman; L. Wood with the name Laura Wood; G. Boughton with the name Gary Boughton; A. Hanna with the name Dr. Amgad Hanna; and Dr. Bonson with the name N.P. Tanya Bonson as identified in the Acceptance of Service.

Bonson following a method approved under Fed. R. Civ. P. 4. Attached to this order is the "Procedure for Serving a Complaint on an Individual in a Federal Lawsuit."

The Attorney General's office has agreed to accept electronic service of documents on behalf of the defendants it represents through the court's electronic filing system. This means that for the remainder of this lawsuit, plaintiff does not have to send a paper copy of each document filed with the court to the Attorney General's office or defendants Beth Edge, Becky Kramer, Sonya Anderson, Jolinda Waterman, Laura Wood, Gary Boughton, and Dr. Amgad Hanna.

However, because the Department is not representing defendant Tanya Bonson, plaintiff will still be required to send paper copies of each document filed with the court to counsel for Tanya Bonson. Discovery requests or responses are an exception to the electronic service rule. Usually, those documents should be sent directly to counsel for the opposing party and do not have to be sent to the court. Furthermore, if the identities of defendants John/Jane Doe M.P.A.A., John/Jane Doe W.S.P.F. Nurses, and John/Jane Doe W.S.P.F. Special Needs committee are ascertained, the Attorney General's Office will decide whether to accept electronic service on defendants' behalf. Discovery procedures, including the most efficient way to obtain the identification of defendants John/Jane Doe M.P.A.A., John/Jane Doe W.S.P.F. Nurses, and John/Jane Doe W.S.P.F. Special Needs committee, will be explained more fully at the soon-to-be-scheduled preliminary pretrial conference.

ORDER

IT IS ORDERED that the clerk's office is directed to forward the summons and a copy of the complaint and the court's June 21 leave to proceed order to plaintiff to arrange for service on defendant Tonya Bonson. Plaintiff is to promptly serve the complaint, along with the June 21 leave to proceed order, on defendant Tonya Bonson and file proof of service as soon as service has been accomplished.

Entered this 14th day of July, 2017.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge